GERALD C. STERNS (Bar No. 029976)
BRENDA D. POSADA (Bar No. 152480)
STERNS & WALKER
901 Clay Street
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506
Attorney for Plaintiff

Richard G. Grotch, Esq. (Bar No. 127713)
CODDINGTON, HICKS & DANFORTH
A Professional Corporation
555 Twin Dolphin Drive, Suite 300
Redwood City, CA
Telephone: (650) 592-5400
Facsimile: (650) 592-5027
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>DEEP VEIN THROMBOSIS LITIGATION<br><br>This Document Relates To:<br><br>*Halterman v Delta Airlines, Inc.*<br>Case No.: 3:04 CV 03953 | MDL Docket No. 04-1606<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL OF<br>DEFENDANT DELTA AIR LINES,<br>INC. ONLY [FRCP 41] |

IT IS HEREBY STIPULATED, by and between plaintiff GREG HALTERMAN and defendant DELTA AIR LINES, INC., by and through their respective counsel, that this action shall be dismissed with prejudice, as against defendant DELTA AIR LINES, INC. *only*. It is further stipulated that each

//

//

1 | side shall bear his or its own attorneys fees and costs of suit.

2 | SO STIPULATED.

3

4

5 | Dated: May 17, 2007                    STERNS & WALKER

6

7 | By: /s/ Brenda Posada

8 | Brenda D. Posada
   | Attorneys for Gregory A. Halterman
9 | Plaintiff

10

11 | Dated: May 17, 2007                   CODDINGTON, HICKS & DANFORTH

12

13 | By: /s/ Richard G. Grotch

14 | Richard G. Grotch
   | Attorney for Delta Air Lines, Inc.
15 | Defendant

16

17

18

19 | ORDER

20

21 | The Court, having reviewed the foregoing stipulation,

22 | IT IS HEREBY ORDERED that this action shall be dismissed with prejudice against defendant
23
24 | DELTA AIR LINES, INC. *only*. Each side shall bear his or its own attorneys fees and costs of suit

25 | SO ORDERED.

26 | Dated: 6/7/2007

27 | Honorable _____
   | Northern District _____
28

IT IS SO ORDERED
/s/ Vaughn R. Walker
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
Stipulation for Dismissal