1  GERALD C. STERNS (Bar No. 029976)
2  BRENDA D. POSADA (Bar No. 152480)
   STERNS & WALKER
3  901 Clay Street
   Oakland, CA 94607
4  Telephone: (510) 267-0500
   Facsimile: (510) 267-0506
5
6  Attorney for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE:                                  )
                                             ) **MDL Docket No. 04-1606**
12  DEEP VEIN THROMBOSIS LITIGATION          )
                                             )
13                                           )
                                             )
14  This Document Relates To:                ) **RULE 41 STIPULATION FOR**
                                             ) **DISMISSAL**
15  *Halterman v Delta Airlines, Inc.*       )
    Case No.: 3:04 CV 03953                  )
16                                           )
                                             )
17  _____ )

18       Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for the Plaintiff Gregory

19  A. Halterman, hereby stipulate to the dismissal of Skywest Airlines, Inc. only this action with prejudice.

20  Each party shall bear its own attorneys' fees and costs.

21
22  //
23  //
24  //
25  //
26  //
27  //
28  //

-1-
**Stipulation for Dismissal**

| | |
|---|---|
| Dated: May 8, 2007 | STERNS & WALKER |
| | By: /s/ Brenda D. Posada |
| | Brenda D. Posada |
| | Attorneys for Gregory A. Halterman |
| | Plaintiff |
| Dated: May 11, 2007 | WORTHE, HANSON & WORTHE |
| | By: /s/ Jeffrey A. Worthe |
| | Jeffrey A. Worthe |
| | Attorney for Skywest Airlines, Inc. |
| | Defendant |

[~~PROPOSED~~] ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL

Upon Stipulation of the parties filed and duly considered by the Court, and GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED that the Rule 41 Stipulation for Dismissal be granted.

Dated: 6/7/2007



Judge, United States District Court
Northern District of California

IT IS SO ORDERED
Judge Vaughn R Walker