1  GERALD C. STERNS (Bar No. 029976)
2  BRENDA D. POSADA (Bar No. 152480)
   STERNS & WALKER
3  901 Clay Street
   Oakland, CA  94607
4  Telephone:  (510) 267-0500
   Facsimile:  (510) 267-0506
5
6  Attorney for Plaintiffs

   IN THE UNITED STATES DISTRICT COURT
7
   NORTHERN DISTRICT OF CALIFORNIA
8
9  IN RE:                                    ) **MDL Docket No. 04-1606  VRW**
10                                           )
   DEEP VEIN THROMBOSIS LITIGATION           ) **STIPULATION TO EXTEND TIME**
11                                           ) **WITHIN WHICH TO FILE**
                                             ) **PLAINTIFFS' OPPOSITION TO**
12                                           ) **MOTION FOR SUMMARY**
   This Document Relates To:                 ) **JUDGMENT**
13                                           )
   *Greg Halterman v Delta Airlines, Inc.*   )
14 Case No.: 3:04 CV 03953                   )
                                             )
15                                           )
                                             )
16 ─────────────────────────────────────────)

17     The parties hereby stipulate and agree to extend the time for plaintiff to file its Opposition to

18 Qantas' Motion for Summary Judgment for one (1) day or until June 20, 2007 by via ECF Filing.

19     The parties hereby stipulate and agree to likewise extend by one (1) day the time for Qantas to

20 file its reply via ECF filing or by June 27, 2007.

21     So stipulated.

22

23 Dated: June 18, 2007                          STERNS & WALKER

24

25

26                                              By: _____
                                                    Brenda D. Posada
27

28

Dated: June 18, 2007                    CONDON & FORSYTH

                                        By: _____
                                              Scott D. Cunningham

[PROPOSED] ORDER

The parties having so entered into a stipulation, the court hereby approves the request for

extension to ECF file Plaintiff's Opposition. Said opposition shall be filed by June 20, 2007 and

Defendant has until June 27, 2007 to ECF file their reply.

SO ORDERED.

Dated: _____6/22/2007_____



IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME WITHIN WHICH TO FILE
PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT